IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH G. ALCALA, | | |
| | Plaintiff, | 2:09-cv-3407 JFM P |
| vs. | | |
| MIKE MARTEL, et al., | | |
| | Defendants. | |
| _____/ | | |
| JOSEPH G. ALCALA, | | |
| | Petitioner, | 2:10-cv-3448 EFB P |
| vs. | | |
| MIKE MARTEL, Warden, et al., | | |
| | Respondents. | <u>RELATED CASE ORDER</u> |
| _____/ | | |

      Joseph Alcala, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in case no. 2:10-cv-3448 EFB. Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). The actions are based on the same or similar claims. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

1

1  The parties should be aware that relating the cases under Local Rule 123 merely
2  has the result that the actions are assigned to the same judge; no consolidation of the actions is
3  effected.  Under the regular practice of this court, related cases are generally assigned to the
4  judge and magistrate judge to whom the first filed action was assigned.
5  Therefore, IT IS ORDERED that the action denominated as No. CIV S-10-3448
6  EFB P is reassigned to United States Magistrate Judge John F. Moulds for all further non-
7  dispositive pretrial proceedings.  Henceforth, the caption on documents filed in the reassigned
8  case shall be shown as No. CIV S-10-3448 JFM P.
9  IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
10 adjustment in the assignment of civil cases to compensate for this reassignment.
11 DATED: February 9, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;alca3407.rel