IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH G. ALCALA,

      Plaintiff,                  No. 2:09-cv-3407 KJM JFM P

    vs.

MIKE MARTEL, Warden, et al.,

      Defendants.           ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On November 13, 2012, defendants filed a motion for an extension of time to file a reply to their motion for summary judgment. Good cause appearing, the motion will be granted and defendants' reply filed November 20, 2012 will be deemed timely filed.

        Furthermore, on November 26, 2012, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on November 16, 2010 and December 19, 2011. All requests were denied. In light of those orders, plaintiff's third request for the appointment of counsel will also be denied.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' motion for an extension of time to file a reply to their motion for summary judgment (Dkt. No. 88.) is GRANTED. Defendants' reply filed November 20, 2012 is

1

deemed timely;

2. Plaintiff's November 26, 2012 motion to appoint counsel (Dkt. No. 91.) is DENIED.

DATED: December 6, 2012.

UNITED STATES MAGISTRATE JUDGE

14
alca3407.31thr

2